OSCAR W. MCEWEN, Respondent, *v.* BORDEN'S CONDENSED MILK COMPANY, Appellant.

Reported below, 154 App. Div. 185.
(Argued February 23, 1915; decided March 3, 1915.)

MOTION for leave to withdraw an appeal from an order of the Appellate Division of the Supreme Court in the

second judicial department, entered December 6, 1913, sustaining plaintiff's exceptions ordered to be heard in the first instance by the Appellate Division and granting a motion for a new trial in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer, the trial justice having dismissed the complaint.

The motion was made upon the ground that a new trial might be had in accordance with the order of the Appellate Division.

*Edgar T. Brackett* for motion.

*John C. R. Taylor* opposed.

Motion denied.